CUMMINS & WHITE, LLP
J. Thomas Gilbert (Bar No. 183362)
E-mail: tgilbert@cwlawyers.com
Justin Hassani (Bar No. 361448)
E-mail: jhassani@cwlawyers.com
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660-0764
Telephone: (949) 852-1800
Fax: (949) 852-8510

Attorneys for Defendants
AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. and WEST 182ND STREET, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. and WEST 182ND STREET, LLC; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 8:25-cv-02296-DFM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: Oct. 24, 2025, and Oct. 30, 2025<br>Current Response Date: Nov. 14, 2025<br>New Response Date: Dec. 12, 2025 |

Defendant AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. and WEST 182ND STREET, LLC ("Defendants") and Plaintiff COLTON BRYANT ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1. Defendant AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. was served on October 24, 2025, and its current response date is November 14, 2025.

2. Defendant WEST 182ND STREET, LLC was served on October 30, 2025, and its current response date is November 20, 2025.

3. Plaintiff and Defendants have agreed to extend the response dates by not

more than thirty (30) days – to December 12, 2025 for both Defendants.

4. Pursuant to Local Rule 8-3, the parties submit this Stipulation to the Court to apprise the Court of the extension.

IT IS SO STIPULATED

Dated: November 13, 2025          CUMMINS & WHITE, LLP

By: */s/ J. Thomas Gilbert*
J. Thomas Gilbert
Attorneys for Defendants AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. and WEST 182ND STREET, LLC

Dated: November 13, 2025          SO. CAL. EQUAL ACCESS GROUP

By: */s/ Jason J. Kim*
Jason J. Kim
Jason Yoon
Attorneys for Plaintiff
COLTON BRYANT

## Attestation of Authorization

I, J. Thomas Gilbert, attest pursuant to Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed above and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

By: */s/ J. Thomas Gilbert*
J. Thomas Gilbert

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

|U808.1|2846062.DOCX;1|